UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN TITLE COMPANY, | No. 2:14-cv-02609-MCE-AC |
| Plaintiff, | |
| v. | ORDER |
| STEVEN D. STEIN, et al., | |
| Defendants. | |

In light of the court's December 12, 2014, minute order, ECF No. 6, IT IS HEREBY ORDERED that Mr. Stein is granted fourteen (14) days from the date of service of this order to re-notice his request for judicial notice and motion to dismiss, ECF No. 2, before the undersigned.

IT IS SO ORDERED.

DATED: December 12, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1