UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN TITLE COMPANY, | No. 2:14-cv-02609 MCE AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| STEVEN D. STEIN, et al., | |
| Defendants. | |

According to the Notice of Removal, plaintiff First American Title Co. ("FATCO") filed a "Complaint in Interpleader" on May 3, 2013, in El Dorado County Superior Court, against defendants Steven D. Stein, Susie Corl and Bank of America ("BoA"). See ECF No. 1 at 9. On January 9, 2014, the Superior court granted FATCO a default judgment against Stein. See id., at 149. On May 21, 2014, BoA filed a cross-claim against Stein, Corl and El Dorado Custom Pools, Inc. ("Custom Pools"). See id., at 217. On November 7, 2014, Stein removed the cross-complaint to this court. ECF No. 1 at 1.

On December 12, 2014, cross-plaintiff BoA filed a "Notice of Settlement of Entire Case." ECF No. 8. BoA asserted that a request for dismissal would be filed no later than February 2, 2015. Id. The court accordingly vacated the scheduled initial status conference and the then-pending motion to dismiss. ECF No. 9.

////

1

1  To date, no request for dismissal has been filed. Accordingly, IT IS HEREBY
2  ORDERED that the dispositional documents disposing of the case shall be filed not later than
3  twenty-one (21) days from the effective date of this order. See E.D. Cal. R. 160(b). Failure to
4  comply with this order may subject plaintiff to sanctions and will result in a recommendation that
5  this matter be dismissed for lack of prosecution.
6  DATED: February 19, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE