# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN TITLE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVEN DANIEL STEIN, SUSIE CORL aka SUSAN CORL, BANK OF AMERICA, and DOES 1 through 100, inclusive<br><br>　　　　　Defendants.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　Cross-Complainant,<br><br>v.<br><br>STEVEN DANIEL STEIN, SUSIE CORL aka SUSAN CORL, BANK OF AMERICA, and DOES 1 through 50, inclusive<br><br>　　　　　Defendants. | Case No. 2:14-cv-02609-MCE-AC<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS Cross-Complainant Bank of America ("Bank of America") filed its cross-complaint in the instant action on May 21, 2014 in Superior Court of

California, County of El Dorado in Case No. PC20130255:

WHEREAS Defendant Steven Daniel Stein ("Stein") filed a notice of removal to this Court on November 7, 2014:

WHEREAS Bank of America and Stein have met and conferred and now stipulate to remand of the instant matter to the California Superior Court.

As such, all parties stipulate that the instant matter be remanded to Superior Court of the State of California, County of El Dorado.

The Parties stipulate that in connection with this stipulation, a Confidential Settlement Agreement has been reached and will be entered into and agreed to by all Parties.

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, the Clerk of Court is hereby ordered to remand this matter back to the Superior Court of the State of California, County of El Dorado. The Clerk is directed to close the file once that remand has been effectuated.

**IT IS SO GRANTED**.

DATED: October 21, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT